*USA v. Sebron Fleming — Detention Hearing*

AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| 4/21/2008 | 08-82-m | Golden | 1 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1 | 7 Miscellaneous Letters from D | 1 | Yes |

# NOTICE OF PAPER FILING DEFENDANT'S EXHIBIT 1 - TO BE MAINTAINED IN THE CLERK'S OFFICE